District Judge Thomas S. Zilly
Magistrate Judge Mary Alice Theiler

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KHURRAM PARVEEN RANA,
A# 98-764-072,

              Petitioner,

      v.

UNITED STATES OF AMERICA;
MICHAEL CHERTOFF, Secretary of the
Department of Homeland Security,
ALBERTO GONZALES, Attorney General;
NEIL CLARK, Field Office Director,
Immigrations and Customs Enforcement,

              Respondents.

No.  CV06-0967 TSZ-MAT

STIPULATION AND ORDER
FOR EXTENSION OF TIME TO
FILE GOVERNMENT'S RETURN
MEMORANDUM AND STATUS
REPORT

Noted on motion calender for:
**August 31, 2006**.

## STIPULATION

    This case is a petition for a writ of habeas corpus.  The Government's Return Memorandum and Motion to Dismiss is due on September 5, 2006.  The Petitioner is currently assessing his options regarding the retention of counsel in Texas (where he is now detained on a criminal matter) and requires additional time to consider the status of his representation before this matter is heard.

    Therefore, the parties HEREBY STIPULATE AND AGREE that the Government be given an additional two-week extension of time in which to file its return memorandum and motion to dismiss.  Accordingly, the parties further STIPULATE, AGREE AND JOINTLY REQUEST, that the Court extend to September 19, 2006 the due date for the Government's response, or for filing of appropriate dismissal documents.

STIPULATION AND ORDER FOR EXTENSION OF TIME
TO FILE GOVERNMENT'S RETURN MEMORANDUM
AND STATUS REPORT - 1
(CV06-0967 TSZ-MAT)

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

DATED this 31st day of August, 2006.    DATED this 31st day of August, 2006.


 /s/Robert Pauw
ROBERT PAUW, WSBA #13613               /s/ Priscilla T. Chan
1000 Second Avenue, Suite 1600         PRISCILLA T. CHAN, WSBA #28533
Seattle, Washington 98104-1094         Assistant United States Attorney
Phone: 206-682-1080                    Western District of Washington
Email: rpauw@ghp-law.net               United States Attorney's Office
                                       700 Stewart Street, Suite 5220
                                       Seattle, Washington 98101-1271
                                       Phone: 206-553-7970
                                       Fax: 206-553-4073
                                       Email: Priscilla.Chan@usdoj.gov

### ORDER

The parties having so stipulated, the above is SO ORDERED.  The Clerk is directed to send copies of this Order to all counsel of record.

DATED this 5th day of September, 2006.


Mary Alice Theiler
United States Magistrate Judge


Presented by:


 /s/ Robert Pauw
ROBERT PAUW, WSBA #13613
Attorney for Petitioner Rana


 /s/ Priscilla T. Chan
PRISCILLA T. CHAN, WSBA #28533
Assistant United States Attorney
Attorney for the United States of America

STIPULATION AND ORDER FOR EXTENSION OF TIME
TO FILE GOVERNMENT'S RETURN MEMORANDUM
AND STATUS REPORT - 2
(CV06-0967 TSZ-MAT)