District Judge Thomas S. Zilly
Magistrate Judge Mary Alice Theiler

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KHURRAM PARVEEN RANA,
A# 98-764-072,

                    Petitioner,

        v.

UNITED STATES OF AMERICA;
MICHAEL CHERTOFF, Secretary of the
Department of Homeland Security,
ALBERTO GONZALES, Attorney General;
NEIL CLARK, Field Office Director,
Immigrations and Customs Enforcement,

                    Respondents.

No.  CV06-0967 TSZ-MAT

STIPULATION AND ORDER
FOR EXTENSION OF TIME TO
FILE GOVERNMENT'S RETURN
MEMORANDUM AND STATUS
REPORT

## STIPULATION

This case is a petition for a writ of habeas corpus.  The Government's Return Memorandum and Motion to Dismiss is currently due on September 19, 2006.  The Petitioner continues to assess his options regarding the retention of counsel in Texas (where he is now detained on a criminal matter) and requires additional time to consider the status of his representation before this matter is heard.  Petitioner is not certain whether there will be any need to pursue this habeas petition further, and is willing to agree that the Government need not file a Return Memorandum by September 19, 2006.

Therefore, the parties HEREBY STIPULATE AND AGREE that the Government be given an additional two-week extension of time in which to file its return memorandum and motion to dismiss.  Accordingly, the parties further STIPULATE,

STIPULATION AND ORDER FOR EXTENSION OF TIME
TO FILE GOVERNMENT'S RETURN MEMORANDUM
AND STATUS REPORT - 1
(CV06-0967 TSZ-MAT)

1   AGREE AND JOINTLY REQUEST, that the Court extend to October 3, 2006 the due

2   date for the Government's response, or for filing of appropriate dismissal documents.

3

4   DATED this 20th day of September, 2006.      DATED this 20th day of September, 2006.

5

6    /s/Robert Pauw                              /s/ Priscilla T. Chan
    ROBERT PAUW, WSBA #13613                    PRISCILLA T. CHAN, WSBA #28533
7   1000 Second Avenue, Suite 1600             Assistant United States Attorney
    Seattle, Washington 98104-1094             Western District of Washington
8   Phone: 206-682-1080                        United States Attorney's Office
    Email: rpauw@ghp-law.net                   700 Stewart Street, Suite 5220
9                                               Seattle, Washington 98101-1271
                                               Phone: 206-553-7970
10                                              Fax: 206-553-4073
                                               Email: Priscilla.Chan@usdoj.gov
11

12                              **ORDER**

13          The parties having so stipulated, the above is SO ORDERED.  The Clerk is

14   directed to send copies of this Order to all counsel of record.

15

16          DATED this 21st day of September, 2006.

17

18

19   Mary Alice Theiler
    United States Magistrate Judge
20

21   Presented by:

22    /s/ Robert Pauw
    ROBERT PAUW, WSBA #13613
23   Attorney for Petitioner Rana

24

25    /s/ Priscilla T. Chan
    PRISCILLA T. CHAN, WSBA #28533
26   Assistant United States Attorney
    Attorney for the United States of America
27

28   STIPULATION AND ORDER FOR EXTENSION OF TIME
    TO FILE GOVERNMENT'S RETURN MEMORANDUM
    AND STATUS REPORT - 2
    (CV06-0967 TSZ-MAT)